| Attorney Or Party Without Attorney (Name and Address) | | |
|---|---|---|
| JOHN A. SHEPARDSON #129081  Telephone: 408-395-3701 | | FOR COURT USE ONLY |

JOHN A. SHEPARDSON #129081
JOHN A. SHEPARDSON ESQ
59 N SANTA CRUZ AVE #Q
LOS GATOS, CA 95030

Attorneys for:  PLAINTIFF

Ref. No. Or File No.
265031

**Filed**

AUG 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT-SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:
SHANNON ALYNN RAMSAY

Defendant:
THE STATE BAR OF CALIFORNIA

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number: C07 03645 RS |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On August 10, 2007, I served the within :

   SUMMONS; COMPLAINT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS
   UNDER AMERICANS WITH DISABILITIES ACT TITLE III; WELCOME TO THE U.S. DISTRICT COURT FOR THE
   NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION;

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

   THE STATE BAR OF CALIFORNIA
   180 HOWARD STREET, 8TH FLOOR
   SAN FRANCISCO, CA 94105

   AGENT: KATHY TORNEY, OFFICE OF GENERAL COUNSEL

Person serving:
ROSE PENA

**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-247-1574     Fax 408-554-0855

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: August 13, 2007                              Signature:_____
                                                              ROSE PENA



Judicial Council form, rule 982(a)  (23)