| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN A. SHEPARDSON #129081<br>JOHN A. SHEPARDSON ESQ<br>59 N SANTA CRUZ AVE #Q<br>LOS GATOS, CA 95030 | 408-395-3701 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>265031 | **Filed**<br>AUG 1 3 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT-SAN JOSE<br>UNITED STATES DISTRICT COURT-SAN JOSE | | |
| Plaintiff:<br>SHANNON ALYNN RAMSAY | | |
| Defendant:<br>THE STATE BAR OF CALIFORNIA | | |
| **PROOF OF SERVICE** | Date:   Time:   Dept/Div: | Case Number:<br>C07 03645 |

I, Jerome Enriquez, under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; WELCOME TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        :   THE STATE BAR OF CALIFORNIA

By Serving       :   HEATHER ERWIN, ATTORNEY

Address          :   180 HOWARD STREET, 8TH FLOOR, SAN FRANCISCO, CA 94105
Date & Time      :   Friday, August 10, 2007 @ 2:50pm
Witness fees were :  Not applicable.

Person serving:
Jerome Enriquez
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-247-1574     Fax 408-554-0855

a. Fee for service: $83.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1048
   (3) County: Santa Clara
   (4) Expires: 6/27/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 13, 2007                          Signature: _____
                                                           Jerome Enriquez


Printed on recycled paper