1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  LAWRENCE C. YEE (84208)
   MARK TORRES-GIL (91597)
6  **OFFICE OF GENERAL COUNSEL**
   **THE STATE BAR OF CALIFORNIA**
7  180 Howard Street
   San Francisco, CA 94105-1639
8  Tel: (415) 538-2000
   Fax: (415) 538-2321

10 Attorneys for Defendant
   The State Bar of California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | Case No. C-07-3645 RS |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive. | |
| Defendants. | |

1  Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendant's time to
2  respond to the Complaint will be extended until September 20, 2007.

DATED: August 23, 2007

LAW OFFICE OF JOHN A. SHEPARDSON

By _____
JOHN A. SHEPARDSON

Attorney for Plaintiff
Shannon Alynn Ramsay

DATED: August 23, 2007

KERR & WAGSTAFFE LLP

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
The State Bar of California

30251

CASE NO. C-07-3645 RS                    1                    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT