JOHN A. SHEPARDSON, SBN 129081  
59 N. Santa Cruz Ave., Ste. Q  
Los Gatos, CA 95030  
T (408) 395-3701  
F (408) 395-0112  

Attorney for PLAINTIFF  
SHANNON ALYNN RAMSAY  

IN THE UNITED STATES DISTRICT COURT  

NORTHERN DISTRICT, SAN JOSE DIVISION  

| | |
|---|---|
| SHANNON ALYNN RAMSAY, ) | CASE NO. C-07-3645 RS |
| ) | |
| Plaintiff, ) | **DECLINATION TO PROCEED** |
| ) | **BEFORE A MAGISTRATE JUDGE** |
| v. ) | **AND REQUEST FOR** |
| ) | **REASSIGNMENT TO A UNITED** |
| THE STATE BAR OF CALIFORNIA, ) | **STATES DISTRICT JUDGE** |
| and does 1-100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____                    s/_____  
                                   JOHN A. SHEPARDSON. ESQ.  
                                   FOR PLAINTIFF SHANNON  
                                   ALYNN RAMSEY  

Decline Magistrate           1           Ramsay v. California Bar