UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY,<br><br>                Plaintiff(s),<br><br>VS.<br><br>THE STATE BAR OF CALIFORNIA,<br>                Defendant(s).<br>_____ | C 07-03645 RS<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: October 9, 2007

                                                                                           RICHARD W. WIEKING,<br>
                                                                                           Clerk of Court

                                                                                           /s/_____<br>
                                                                                           Martha Parker Brown<br>
                                                                                           Deputy Clerk