UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | No. C 07-03645 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| THE STATE BAR OF CALIFORNIA, | |
| Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the a Case Management Conference has been set to be heard before Judge James Ware for **November 19, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.  The parties shall file a joint case management statement by November 9, 2007.

Dated:  October 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy