JOHN A. SHEPARDSON (129081)
**LAW OFFICES OF JOHN A. SHEPARDSON**
59 N. Santa Cruz Ave, Ste. Q
Los Gatos, CA 95030
Telephone: (408) 395-3701
Fax: (408) 395-0112

Attorneys for Plaintiff
Shannon Alynn Ramsay


JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321


Attorneys for Defendant
The State Bar of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | Case No. C-07-3645 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CMC STATEMENT** |
| v. | |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive. | CMC Date: November 19, 2007<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware |
| Defendants. | |

KERR

The parties' joint case management conference ("CMC") statement is due today; however, the parties are still engaging in meet and confer efforts and would like to finish those efforts before filing a joint CMC statement. Accordingly the parties stipulate and request that the Court approve the filing of their joint CMC statement on the next court day, November 13, 2007, instead of today.

IT IS SO STIPULATED AND REQUESTED.

DATED: November 9, 2007

**LAW OFFICE OF JOHN A. SHEPARDSON**

By _____
JOHN A. SHEPARDSON

Attorney for Plaintiff
Shannon Alynn Ramsay

DATED: November 9, 2007

**KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
The State Bar of California

[PROPOSED] ORDER

Good cause appearing therefore, IT IS SO ORDERED.

Dated: November __, 2007

_____
Hon. James Ware
United States District Judge

CASE NO. C-07-3645 JW    STIPULATION EXTENDING TIME TO FILE JOINT CMC STATEMENT

1