1  JOHN A. SHEPARDSON (129081)
   **LAW OFFICES OF JOHN A. SHEPARDSON**
2  59 N. Santa Cruz Ave, Ste. Q
   Los Gatos, CA 95030
3  Telephone: (408) 395-3701
   Fax: (408) 395-0112
4
   Attorneys for Plaintiff
5  Shannon Alynn Ramsay

6
   JAMES M. WAGSTAFFE (95535)
7  MICHAEL VON LOEWENFELDT (178665)
   **KERR & WAGSTAFFE LLP**
8  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
9  Telephone: (415) 371-8500
   Fax: (415) 371-0500
10
   LAWRENCE C. YEE (84208)
11 MARK TORRES-GIL (91597)
   **OFFICE OF GENERAL COUNSEL**
12 **THE STATE BAR OF CALIFORNIA**
   180 Howard Street
13 San Francisco, CA 94105-1639
   Tel: (415) 538-2000
14 Fax: (415) 538-2321

15
   Attorneys for Defendant
16 The State Bar of California

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN JOSE DIVISION

21  SHANNON ALYNN RAMSAY,              Case No. C-07-3645 JW

22  Plaintiff,                         STIPULATION AND [PROPOSED]
                                       ORDER EXTENDING TIME TO FILE
23  v.                                 JOINT CMC STATEMENT

24                                     CMC Date:  November 19, 2007
    THE STATE BAR OF CALIFORNIA, and   Time:      10:00 a.m.
25  DOES 1 - 100 inclusive.            Dept.:     Courtroom 8, 4th Floor
                                       Judge:     Hon. James Ware
26  Defendants.

27

28

KERR

1  The parties' joint case management conference ("CMC") statement is due today;
2  however, the parties are still engaging in meet and confer efforts and would like to finish those
3  efforts before filing a joint CMC statement. Accordingly the parties stipulate and request that the
4  Court approve the filing of their joint CMC statement on the next court day, November 13, 2007,
5  instead of today.
6  IT IS SO STIPULATED AND REQUESTED.

DATED: November 9, 2007

LAW OFFICE OF JOHN A. SHEPARDSON

By _____
JOHN A. SHEPARDSON

Attorney for Plaintiff
Shannon Alynn Ramsay

DATED: November 9, 2007

KERR & WAGSTAFFE LLP

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
The State Bar of California

[~~PROPOSED~~] ORDER

Good cause appearing therefore, IT IS SO ORDERED.
This is the parties' final request for continuance

Dated: November 09, 2007

_____
Hon. James Ware
United States District Judge

---

CASE NO. C-07-3645 JW          1          STIPULATION EXTENDING TIME TO FILE JOINT CMC STATEMENT