1  JOHN A. SHEPARDSON (129081)
   **LAW OFFICES OF JOHN A. SHEPARDSON**
2  59 N. Santa Cruz Ave, Ste. Q
   Los Gatos, CA 95030
3  Telephone: (408) 395-3701
   Fax: (408) 395-0112
4
   Attorneys for Plaintiff
5  Shannon Alynn Ramsay

6
   JAMES M. WAGSTAFFE (95535)
7  MICHAEL VON LOEWENFELDT (178665)
   **KERR & WAGSTAFFE LLP**
8  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
9  Telephone: (415) 371-8500
   Fax: (415) 371-0500
10
   MARIE MOFFAT (62167)
11 LAWRENCE C. YEE (84208)
   MARK TORRES-GIL (91597)
12 **OFFICE OF GENERAL COUNSEL**
   **THE STATE BAR OF CALIFORNIA**
13 180 Howard Street
   San Francisco, CA 94105-1639
14 Tel: (415) 538-2000
   Fax: (415) 538-2321
15
16 Attorneys for Defendant
   The State Bar of California
17

18              **UNITED STATES DISTRICT COURT**

19             **NORTHERN DISTRICT OF CALIFORNIA**

20                    **SAN JOSE DIVISION**

21 SHANNON ALYNN RAMSAY,            | Case No. C-07-3645 JW

22 Plaintiff,                       | **JOINT CASE MANAGEMENT**
                                    | **CONFERENCE STATEMENT AND**
23 v.                               | **[PROPOSED] ORDER**

24
   THE STATE BAR OF CALIFORNIA, and
25 DOES 1 - 100 inclusive.

26 Defendants.

27

28

KERR
&
WAGSTAFFE
LLP

CASE NO. C-07-3645 JW                                    JOINT CMC STATEMENT

1    **JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

2    The parties to the above-entitled action jointly submit this Case Management Statement

3    and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

4    **DESCRIPTION OF THE CASE**

5    **1.  A brief description of the events underlying the action:**

6    Plaintiff Shannon Alynn Ramsay, an undergraduate at Stanford University and graduate

7    of U.C. Davis Law School, brings claims against the State Bar of California arising out of her

8    attempts to pass the California Bar Exam.  Ms. Ramsay, who is legally and completely visually

9    impaired, alleges that the State Bar failed to accommodate her disability in connection with her

10    bar examinations.  She brings claims under Title II of the Americans with Disabilities Act, and

11    for breach of contract and negligence under state law.

12    The State Bar contends that it properly provided all reasonable accommodations

13    requested by Ms. Ramsay, and that her failure to pass the exam was caused by incorrect answers

14    she gave on her examinations consistent with her poor grades in law school and the statistical

15    likelihood of someone with those grades passing the bar exam.

16    **2.  The principal factual issues which the parties dispute:**

17    Whether the State Bar reasonably accommodated Ms. Ramsay's disability, and whether

18    there is a causal connection between the accommodations provided to Ms. Ramsay and the

19    results of her bar examinations.

20    **3.  The principal legal issues which the parties dispute:**

21    Whether the State Bar was legally required to make changes to the Bar Exam requested

22    by Ms. Ramsay, whether the State Bar was required to publish a "passage rate" for "disabled"

23    test takers, whether the State Bar can be sued for breach of contract or negligence under these

24    circumstances, whether the State Bar's actions complied with Title II of the Americans with

25    Disabilities Act, and whether this Court is authorized to grant the relief requested by Ms.

26    Ramsay.

27    Plaintiff is currently evaluating whether she will voluntarily dismiss her breach of

28    contract claim based on the meet and confer of counsel concerning that claim.

KERR
&
WAGSTAFFE
LLP

1

1    **4.  The other factual issues [e.g. service of process, personal jurisdiction, subject**

2    **matter jurisdiction or venue] which remain unresolved for the reason stated below and**

3    **how the parties propose to resolve those issues:**

4        None

5    **5.  The parties which have not been served and the reasons:**

6        None

7    **6.  The additional parties which the below-specified parties intend to join and the**

8    **intended time frame for such joinder:**

9        None

10                            **ALTERNATIVE DISPUTE RESOLUTION**

11   **7.  [Please indicate the appropriate response(s).]**

12       The parties have not filed a Stipulation and Proposed Order Selecting an ADR process

13   and the ADR process that the parties jointly request is:

14       Plaintiff is willing to attend either Early Neutral Evaluation, Mediation, or Arbitration.

15       Defendant is willing to attend Early Neutral Evaluation only.

16   **8.  Please indicate any other information regarding ADR process or deadline.**

17       N/A

18                                       **DISCLOSURES**

19   **9.  The parties certify that they have made the following disclosures [list disclosures**

20   **of persons, documents, damage computations and insurance agreements]:** The parties have

21   agreed to exchange initial disclosures by no later than December 7, 2007.

22                                        **DISCOVERY**

23   **10.  The parties agree to the following discovery plan [Describe the plan e.g., any**

24   **limitation on the number, duration or subject matter for various kinds of discovery;**

25   **discovery from experts; deadlines for completing discovery]:**

26       The parties propose the following schedule for disclosures, discovery, and motions:

27       Non-expert Discovery cut off by **June 16, 2008**

28       Last Day to File Motion for Summary Judgment **July 7, 2008**



2

1    Expert disclosures due on **September 22, 2008**

2    Rebuttal expert disclosures due on **October 6, 2008**

3    Expert discovery cut off on **October 20, 2008**

4                                **TRIAL SCHEDULE**

5    **11.  The parties request a trial date as follows:**

6    Pursuant to the schedule discussed above, the parties request a trial date in late November

7    2008.

8    **12.  The parties expect that the trial will last for the following number of days:**

9    Three days.  At this time, the matter is set for a court trial.  Plaintiff did not demand a

10   jury trial within the time provided by the Federal Rules of Civil Procedure.  Plaintiff may bring a

11   motion for relief from that circumstance.  Defendant contends that no such relief is legally

12   available or warranted.

13

14   DATED: November /3 2007                **LAW OFFICE OF JOHN A. SHEPARDSON**

15                                  By _____

16                                      JOHN A. SHEPARDSON

17                                      Attorney for Plaintiff
                                        Shannon Alynn Ramsay
18

19   DATED: November /3, 2007             **KERR & WAGSTAFFE LLP**

20

21                                  By _____

22                                      MICHAEL VON LOEWENFELDT

23                                      Attorneys for Defendant
                                        The State Bar of California

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

                                    3

CASE NO. C-07-3645 JW                                    JOINT CMC STATEMENT

1              [PROPOSED] **CASE MANAGEMENT ORDER**

2          IT IS HEREBY ORDERED THAT a further Case Management Conference shall be

3    scheduled for _____.

4          The Case Management Statement and Proposed Order is hereby adopted by the Court as

5    the Case Management Order for the case and the parties are ordered to comply with this Order.

6    In addition the Court orders:

7

8

9

10

11

12

13

14    Dated: November __, 2007          _____

                                        Hon. James Ware
15                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

4

CASE NO. C-07-3645 JW                                      JOINT CMC STATEMENT