November 29, 2007

United States District Court Judge James Ware
U.S. District Court
Northern District of California
280 South First Street
San Jose, CA. 95113

FILED

DEC 03 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Subject: Case No.-07-3645 JW

Dear Judge Ware,

    There appears to be collusion between our attorney and the bar's attorney which is working to mitigate Shannon Alynn Ramsay's case. Before charging both attorneys with illegal and unethical practices, we would like to meet with you.

    As father assisting my blind daughter, I have undertaken advocacy on her behalf in order to achieve justice for the discrimination and wrongs committed by the bar to thwart her efforts to become a certified attorney in the state of California.

    I have prepared two subjects which we would like to discuss with you.

    With the Case Management Conference cancelled for Nov. 19, 2007[1] without Shannon's consent, and other acts of miss-conduct by the attorneys involved, it has become necessary to make this request to you to schedule a meeting, calling the two attorneys (plaintiff and defendant) before you to address unethical attorney conduct. I have numerous documents to support charges of violations of the ABA Model Rules of Professional Conduct, that we shall offer in support of this allegation.

    The other subject is to request your advice as to what would be the necessary court procedure for Shannon, an attorney with J.D. degree, to take the case *pro se*?

    Shannon and I would like to schedule a meeting with you for advice on these two subjects before taking any further steps.

Sincerely,

*Alexander R. Ramsay*
Alexander R. Ramsay

---

[1] Attorney John Shepardson told us on Nov. 18 that it was the court that cancelled the Case Management Conference, whereas the CMC was cancelled on Nov. 16 by order of the court, stemming from documents submitted without Shannon's approval by both attorneys. Our attorney misrepresented the court's action.

Alexander R. Ramsay
Antje Skiba Ramsay
23484 Belaire Court
Los Gatos, CA 95033

SAN JOSE CA 951

29 NOV 2007 PM 6 T

U.S. District Court
U.S. District Court Judge James W
280 South First Street
San Jose, CA 95113

95113+3002