JOHN A. SHEPARDSON, SBN 129081
59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112

Attorney for PLAINTIFF
SHANNON ALYNN RAMSAY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, ) | CASE NO. C-07-3645 JW |
| ) | |
| Plaintiff, ) | **DECLARATION OF SHANNON ALYNN RAMSAY RE FATHER'S LETTER FILED WITH COURT** |
| ) | |
| v. ) | |
| ) | |
| THE STATE BAR OF CALIFORNIA, ) and 1-100, inclusive, ) | |
| ) | |
| Defendants. ) | |

I, Shannon Alynn Ramsay, declare:

1. That I have personal knowledge of the following facts and circumstances, and would and could competently testify thereto, if called as a witness.

2. That I am the Plaintiff in the action.

3. That my father filed a letter with the court recently.

4. That I did not authorize or approve of its contents.

5. That I do not want my father filing letters with the court.

6. That serious allegations have been made against my attorney and opposing counsel, and I do not believe that either has acted unethically.

Case No. C-05-03178 JF      1      RAMSAY'S DEC RE LETTER

7. That I wish to proceed with Mr. Shepardson representing me, and I believe he is fulfilling his fiduciary duties to me in this case.

8. My father may attend court and watch the proceedings from the pews, and is free to communicate with Mr. Shepardson and myself about the case outside the court's presence.

9. I do believe there is merit to my claims, and I ask that the emotionally driven conduct of my father not taint the credibility of my case.

I declare under penalty of perjury under U.S. law that the foregoing is true and correct.

Dated: 12/11/07

PLAINTIFF SHANNON ALYNN RAMSAY

Case No. C-05-03178 JF    2    RAMSAY'S DEC RE LETTER