IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shannon Ramsay, | NO. C 07-03645 JW |
|     Plaintiff, <br> v. | **ORDER RE: MR. RAMSAY LETTERS TO THE COURT** |
| The State Bar of California, et al., | |
|     Defendants.                / | |

On December 8 and 19, 2007, Plaintiff's father, Alexander R. Ramsay, who is a non-party in this case, filed letters with the Court requesting certain relief. (See Docket Item Nos. 18, 22.) These letters allege misconduct on the part of both counsel for Plaintiff and Defendants. Plaintiff, in a declaration filed with the Court, has asked that the Court disregard the letters from her father. (See Docket Item No. 20.) Counsels for Plaintiff and Defendants have made similar requests. (See Docket Item Nos. 21, 23.) In light of these declarations and the fact that Mr. Ramsay is a non-party, the Court does not consider Mr. Ramsay's letters. As Plaintiff is represented, Plaintiff needs to communicate with the Court through her attorney. To the extent Plaintiff wishes to proceed in pro se, Plaintiff must do so by way of a motion to the Court.

The Court will not entertain further letters or filings regarding these issues.

Dated: December 20, 2007

                                                          JAMES WARE <br>
                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Arthur Shepardson johnshepardson@hotmail.com
Michael John von Loewenfeldt mvl@kerrwagstaffe.com

**Dated: December 20, 2007**              **Richard W. Wieking, Clerk**

                                                **By:** **/s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California