# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ramsay,<br><br>            Plaintiff(s),<br><br>     v.<br><br>The State Bar of California,<br><br>            Defendant(s). | 07-03645 JW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Judith Droz Keyes**
> Davis Wright Tremaine LLP
> 505 Montgomery St., Suite 800
> San Francisco, CA 94111-6533
> 415-276-6500

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03645 JW ENE                    - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: January 3, 2008

                          RICHARD W. WIEKING
                          Clerk
                          by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03645 JW ENE                - 2 -

United States District Court
Northern District of California