

SAN JOSE CA 951
12 DEC 2007 PM 2 T

United States District Court
U.S. District Court Judge James Ware
280 South First Street
San Jose, CA 95113

der R. Ramsay
Skiba Ramsay
Belaire Court
atos, CA 95033