January 6, 2008

Richard W. Wieking
Clerk, United States District Court
Northern District of California
280 South First Street
San Jose, CA. 95113

Subject: Case File No.C07-3645 JW

Dear Mr. Wieking,

    Despite the "gag order" placed upon me by attorney John Shepardson, I introduce into the case file the following: Mr. Shepardson's attempt, without CMC and Discovery, to prematurely submit a Request for Summary Judgment, dropping all but one cause of action and emphasizing only the "percentage" cause of action (sections 12 - 16 out of 36), is a miscarriage of justice. Please disallow any Request for Summary Judgment that does not include all causes of action defined in the original filing.

    Shannon has confirmed to me by phone on January 4, 2008, that she continues her case based upon <u>all</u> original causes of action. Also she has not received any related documents from her attorney, requesting her approval before submission to the court.

    Again I suggest that all parties be brought together in order to set this case on the proper path of justice. We would introduce a document of indiscretionary nature, which we believe has bearing upon the attorney's conflict of interest.

Sincerely,

*Alexander R. Ramsay*

Alexander R. Ramsay   408-353-4111

Cc: Shannon A. Ramsay