| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael von Loewenfeldt, 178665<br>KERR & WAGSTAFFE, LLP<br>100 Spear St<br>San Francisco, CA 94105-1528 | (415) 371-85[...] | |
| ATTORNEY FOR (Name): Defendant | Ref. No. or File No.<br>1127.0022 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

FILED
2008 JAN 10 P 2:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PLAINTIFF:
Shannon Alynn Ramsay

DEFENDANT:
The State Bar of Caliornia

| PROOF OF SERVICE | DATE:<br>January 28, 2008 | TIME:<br>9:00 am | DEPT/DIV: | CASE NUMBER:<br>C-07-3645 JW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Subpoena in a Civil Case, Notice of Deposition of Non-Party Alexander R. Ramsay

2. Person Served (name):    Alexander R. Ramsay

3. Date and Time of Delivery:    January 8, 2008    6:45 pm

4. Address where served:    23484 Belaire Court
                            Los Gatos, CA 95033

5. I received the above document(s) for service on (date):    1/3/2008

6. Witness Fees:    Witness fees and mileage both ways were offered or demanded and paid. Amount $90.58

BY FAX

Fee for service (including Witness Fees if paid) $:271.92

Registered California process server.
County: SANTA CLARA
Registration No.:

Rachael C. Hernandez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on January 9, 2008 at Oakland, California.

Signature: _____
            Rachael C. Hernandez