1  JOHN A. SHEPARDSON, ESQ.    SBN: 129081
   59 North Santa Cruz Avenue, Suite Q
2  Los Gatos, California 95030
   Telephone: (408) 395-3701
3  Facsimile: (408) 395-0112

4  Attorneys for Plaintiff,
   SHANNON ALYNN RAMSAY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | CASE NO.: **C-07-3645 JW** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive. | |
| Defendants. | |

I am a citizen of the United States and employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within-entitled cause. My business address is: 59 North Santa Cruz Avenue, Suite Q, Los Gatos, California 95030. On January 17, 2008, I served **ATTORNEY JOHN A. SHEPARDSON'S NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF SHANNON ALYNN RAMSAY AND POINTS AND AUTHORITIES; and DECLARATION OF JOHN A. SHEPARDSON, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Gatos, California, addressed as follows:

1  Shannon Alynn Ramsay
   4447 Cowell Blvd., #83
2  Davis, CA  95616
3
   Shannon Alynn Ramsay
4  23484 Belaire Court
   Los Gatos, CA  95033
5

6    I declare under penalty of perjury under laws of the United States that the foregoing is true
7  and correct.  Executed this 17th day of January 2008, at Los Gatos, California.
8
9
10 _____
                MARTI H. CASTILLO
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

2

CERTIFICATE OF SERVICE                                          CASE NO.: C-07-3645 JW