```
 1  JOHN A. SHEPARDSON, ESQ.   SBN: 129081
    59 North Santa Cruz Avenue, Suite Q
 2  Los Gatos, California 95030
    Telephone: (408) 395-3701
 3  Facsimile: (408) 395-0112

 4  Attorneys for Plaintiff,
    SHANNON ALYNN RAMSAY
 5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | CASE NO.: C-07-3645 JW |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive, | |
| Defendants. | |

John A. Shepardson, Attorney for Plaintiff Shannon Alynn Ramsay and Michael John Von Loenwenfeldt, Attorney for Defendant The State Bar of California, hereby stipulate to a stay of the ENE and all pending Discovery in this matter, until March 17, 2008, when Mr. Shepardson's Motion to Withdraw as Attorney of Record will be heard.

Dated: January 18, 2008                     Dated: 1/18/2008

JOHN A. SHEPARDSON, Attorney for           MICHAEL J. Von LOENWENFELDT, Attorney
Plaintiff SHANNON ALYNN RAMSAY             for THE STATE BAR OF CALIFORNIA

ORDER

IT IS HEREBY ORDERED, that a stay of the ENE and all pending Discovery in this matter shall occur until March 17, 2008.

Dated: _____

                                           HON. JAMES WARE, United States District Judge