JOHN A. SHEPARDSON, ESQ.    SBN: 129081
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112

Attorneys for Plaintiff,
SHANNON ALYNN RAMSAY

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | CASE NO.: C-07-3645 JW |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive, | |
| Defendants. | |

John A. Shepardson, Attorney for Plaintiff Shannon Alynn Ramsay and Michael John Von Loenwenfeldt, Attorney for Defendant The State Bar of California, hereby stipulate to a stay of the ENE and all pending Discovery in this matter, until March 17, 2008, when Mr. Shepardson's Motion to Withdraw as Attorney of Record will be heard.

Dated: January 18, 2008                 Dated: 1/18/2008

_____              _____
JOHN A. SHEPARDSON, Attorney for         MICHAEL J. Von LOENWENFELDT, Attorney
Plaintiff SHANNON ALYNN RAMSAY           for THE STATE BAR OF CALIFORNIA

## ORDER

IT IS HEREBY ORDERED, that a stay of the ENE and all pending Discovery in this matter shall occur until March 17, 2008.

Dated: January 28, 2008

*James Ware*

_____
HON. JAMES WARE, United States District Judge