January 13, 2008

Richard W. Wieking
Clerk, United States District Court
Northern District of California
280 South First Street
San Jose, CA. 95113

Subject: Case File No.C-07-3645 JW

Dear Mr. Wieking,

  I am writing you to ask you for clarification. Does the filing of a partial summary judgment motion now allow me to file additional summary judgment motions in the future concerning other causes of action in my case? I would appreciate an answer to this question as soon as possible.

  Sincerely,

*Shannon Ramsay*

Shannon Ramsay
Cc: John Shepardson