Shannon Ramsay
23484 Belaire Ct.
Los Gatos, CA 95033

SAN JOSE CA 951
14 JAN 2008 PM 1 L

U.S. District Court, Northern District
Attn: Court Clerk Richard W. Wieking
280 South First St.
San Jose, CA 95113