1  JOHN A. SHEPARDSON, ESQ. SBN: 129081
   59 North Santa Cruz Avenue, Suite Q
2  Los Gatos, California 95030
   Telephone: (408) 395-3701
3  Facsimile: (408) 395-0112

4  Attorneys for Plaintiff,
   SHANNON ALYNN RAMSAY

5

6

7

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9                  SAN JOSE DIVISION

10 SHANNON ALYNN RAMSAY,          )  CASE NO.: **C-07-3645 JW**
                                  )
11 Plaintiff,                     )  **NOTICE OF WITHDRAWAL OF MOTION**
                                  )  **FOR PARTIAL SUMMARY JUDGMENT**
12                                )
   v.                             )
13                                )  Judge: Hon. James Ware
                                  )
14 THE STATE BAR OF CALIFORNIA, and )
   DOES 1 - 100 inclusive.        )
15                                )
   Defendants.                    )
16                                )
                                  )
17 _____)

18     I hereby withdraw my Motion for Partial Summary Judgment on calendar for March 17, 2008

19 at 9:00 a.m. in Courtroom 8, 4th floor of this Court.

20

21 Dated: January 31, 2008                    _____
                                             JOHN A. SHEPARDSON, ESQ.
22

23

24

25

26

27

28

                                   1