JOHN A. SHEPARDSON, ESQ.   SBN: 129081
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile:  (408) 395-0112

Attorneys for Plaintiff,
SHANNON ALYNN RAMSAY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | CASE NO.: **C-07-3645 JW** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive. | |
| Defendants. | |

I am a citizen of the United States and employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within-entitled cause. My business address is: 59 North Santa Cruz Avenue, Suite Q, Los Gatos, California 95030. On January 31, 2008, I served **NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT**, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Gatos, California, addressed as follows:

Shannon Alynn Ramsay                Shannon Alynn Ramsay
4447 Cowell Blvd., #83              23484 Belaire Court
Davis, CA  95616                    Los Gatos, CA  95033

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct. Executed this 31st day of January 2008, at Los Gatos, California.

_____
MARTI H. CASTILLO