JOHN A. SHEPARDSON, ESQ. SBN: 129081
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112

Attorneys for Plaintiff,
SHANNON ALYNN RAMSAY

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY, | CASE NO.: **C-07-3645 JW** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | Judge: Hon. James Ware |
| THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive. | |
| Defendants. | |

    I hereby withdraw my Motion for Partial Summary Judgment on calendar for March 17, 2008 at 9:00 a.m. in Courtroom 8, 4th floor of this Court.

Dated: January 31, 2008

_____
JOHN A. SHEPARDSON, ESQ.

**\*\*\* ORDER \*\*\***

Pursuant to the above motion, Docket Item Nos. 27 and 40 are ordered terminated.

Dated: March 3, 3008

_____
JAMES WARE
United States District Judge

---
NOTICE OF WITHDRWL OF MO FOR PARTIAL SUMRY JUDGMT      CASE NO.: C-07-3645 JW