March 24, 2008

Judge James Ware
United States District Court
Northern District of California
280 South First Street
San Jose, CA. 95113

**FILED**

MAR 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Subject: Case File No.C-07-3645 JW

Dear Judge Ware,

I am writing to inform you that I plan to proceed pro se in the subject case.

Sincerely,

*Shannon Ramsay*
Shannon Alynn Ramsay

Cc: Kerr & Wagstaffe LLP