ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

April 16, 2008

John Arthur Shepardson
Attorney at Law
59 N. Santa Cruz Avenue
Suite Q
Los Gatos, CA 95070
408-395-3701

Michael John von Loewenfeldt
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
415-371-8500

Re: Ramsay v. The State Bar of California
Case No. C 07-03645 JW ENE

Dear Counsel:

The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Staff Attorney, to discuss the Mediation. We scheduled this for **Thursday, May 1, 2008 at 10:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator