United States District Court for the Northern District of California

Judge James Ware

280 South First Street

San Jose, CA 95113



Shannon Ramsay

4447 Cowell Blvd. #83

Davis, CA 95618

April 22, 2008

Re: Ramsay v. State Bar of California

I am writing this to ask that the breach of contract and negligence causes of action be dismissed from my case.

Sincerely

Shannon Ramsay

*Shannon Ramsay* (signature)