

Shannon A. Ramsay
4447 Cowell Blvd. #83
Davis, CA 95618
U.S.A.



SACRAMENTO CA 957
26 APR 2008 PM 6 L

United States District Court
Northern District of California
Attention: Judge James Ware
280 South First Street
San Jose, CA 95113

95113+3002