1   JAMES M. WAGSTAFFE (95535)
    MICHAEL VON LOEWENFELDT (178665)
2   **KERR & WAGSTAFFE LLP**
    100 Spear Street, Suite 1800
3   San Francisco, CA 94105–1528
    Telephone: (415) 371-8500
4   Fax: (415) 371-0500

5   MARIE MOFFAT (62167)
    LAWRENCE C. YEE (84208)
6   MARK TORRES-GIL (91597)
    **OFFICE OF GENERAL COUNSEL**
7   **THE STATE BAR OF CALIFORNIA**
    180 Howard Street
8   San Francisco, CA 94105-1639
    Tel: (415) 538-2000
9   Fax: (415) 538-2321

10

    Attorneys for Defendant
11  The State Bar of California

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15
16  SHANNON ALYNN RAMSAY,                    Case No. C-07-3645 JW

17  Plaintiff,                               **JOINDER IN PLAINTIFF'S REQUEST**
                                             **FOR DISMISSAL OF SECOND AND**
18  v.                                       **THIRD CAUSES OF ACTION**

19  THE STATE BAR OF CALIFORNIA, and
    DOES 1 - 100 inclusive.
20
    Defendants.
21
22
23
24
25
26
27
28

KERR
&
WAGSTAFFE
LLP

1    The plaintiff, Shannon Ramsay, who is appearing pro se in this action, sent a letter to the

2   Court dated April 22, 2008 (Docket # 51) requesting dismissal of the breach of contract and

3   negligence causes of action in her complaint.  This request follows meet and confer efforts

4   among the parties.  Defendant The State Bar of California joins in this request, and asks this

5   Court to treat Ms. Ramsay's April 22, 2008 letter and this joinder as a stipulation for dismissal

6   pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) of plaintiffs' second cause of action,

7   entitled breach of contract, and her third cause of action, entitled negligence.

8                                      Respectfully submitted,

9   DATED: May 8, 2008              **KERR & WAGSTAFFE LLP**

10                                  By   /s
11                                      MICHAEL VON LOEWENFELDT

12                                      Attorneys for Defendant
                                        The State Bar of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

CASE NO. C-07-3645 JW                    JOINDER IN PLF'S REQ. FOR DISMISSAL COA 2 and 3

1

## PROOF OF SERVICE

2

3

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

4

5

On May 8, 2008, I served the following document(s):

6

**JOINDER IN PLAINTIFF'S REQUEST FOR DISMISSAL OF SECOND AND THIRD CAUSES OF ACTION**

7

on the parties listed below as follows:

8

9

Shannon Alynn Ramsay
4447 Cowell Blvd. #83
Davis, Ca 95618

10

11

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

12

13

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

14

15

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

16

☐ **By Federal Express** or overnight courier.

17

18

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

19

Executed on May 8, 2008, at San Francisco, California.

20

21

_____
Andrew Hanna

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP