<div style="sidebar">United States District Court
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shannon Ramsay, | NO. C 07-03645 JW |
|       Plaintiff,<br>v. | **ORDER DISMISSING PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION** |
| The State Bar of California, | |
|       Defendant. | |
| _____ / | |

      Shannon Ramsay ("Plaintiff"), in *pro per*, brings this action against the State Bar of California ("Defendant") for alleged violation of the Americans with Disabilities Act, 42 U.S.C. § 12101. Plaintiff alleges she was discriminated against during administration of the California Bar Examination.

      The Court is in receipt of a letter from Plaintiff requesting dismissal of her breach of contract and negligence causes of action. (See Docket Item No. 51.) Defendant stipulates to the dismissal. (See Docket Item No. 52.) In light of Plaintiff's *pro se* status, the Court construes Plaintiff's letter and Defendant's stipulation to be a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Accordingly, the Court DISMISSES Plaintiff's Second Cause of Action for Breach of Contract and Third Cause of Action for Negligence.

Further, the Court directs Plaintiff that future communications with the Court should be conducted via motion practice or stipulation in accordance with the Civil Local Rules, not by letter.

Dated: May 21, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael John von Loewenfeldt mvl@kerrwagstaffe.com

Shannon Alynn Ramsay
4447 Cowell Blvd. &#035;83
Davis, Ca 95618

| | |
|---|---|
| **Dated: May 21, 2008** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**<br>    **Elizabeth Garcia**<br>    **Courtroom Deputy** |

United States District Court
For the Northern District of California