

# Davis Wright Tremaine LLP

ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

JUDITH DROZ KEYES          SUITE 800                       TEL (415) 276-6500
DIRECT (415) 276-6512       505 MONTGOMERY STREET           FAX (415) 276-6599
jkeyes@dwt.com              SAN FRANCISCO, CA 94111-6533    www.dwt.com

By E-Mail and First Class Mail

May 20, 2008

Shannon Alynn Ramsay
4447 Cowell Blvd. #83
Davis, CA 95618

Michael John von Loewenfeldt
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

Re:   Ramsay v. The State Bar of California – C 07-03645 JW ENE

Dear Mr. Lowenfeldt and Ms. Ramsay:

This will confirm the outcome of our telephone conference this morning.

The Early Neutral Evaluation (ENE) session will be held on June 19, 2008, starting at 10:00 a.m., in the offices of Davis Wright Tremaine at 505 Montgomery Street, San Francisco. Please come to the eighth floor. Ms. Ramsay, who is representing herself, will be present, along with a a member of her family other than her father. Mr. von Loewenfeldt will be present as counsel for the State Bar; representatives from the State Bar will be either Mark Torres-Gil or the Head of Admissions.

The ENE statements described ADR Local Rule 5-8 will be submitted to me, and exchanged, on June 12, 2008. We agreed that e-mail transmission is best. We also agreed that it would be helpful for you to address in your statements the requirements of Title II of the Americans with Disabilities Act in relation to this case, inasmuch as Title II differs in significant respects from Title I.

May 20, 2008
Page 2



Thank you for your cooperation with each other, and with me. I look forward to meeting you on June 19, and to a productive session.

Very truly yours,

Judith Droz Keyes

cc: Alice M. Fiel – ADR Case Administrator

DWT 11119961v1 0081915-000001