1 | SHANNON ALYNN RAMSAY
4447 Cowell Blvd. #83
2 | Davis, CA 95618
Telephone: (530) 747-0363
3

Plaintiff In Pro Per
4 | Shannon Alynn Ramsay

5 | JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
6 | **KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
7 | San Francisco, CA 94105–1528
Telephone: (415) 371-8500
8 | Fax: (415) 371-0500

9 | MARIE MOFFAT (62167)
LAWRENCE C. YEE (84208)
10 | MARK TORRES-GIL (91597)
**OFFICE OF GENERAL COUNSEL**
11 | **THE STATE BAR OF CALIFORNIA**
180 Howard Street
12 | San Francisco, CA 94105-1639
Tel: (415) 538-2000
13 | Fax: (415) 538-2321

14
Attorneys for Defendant
15 | The State Bar of California

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18 **SAN JOSE DIVISION**

| | |
|---|---|
| 19  SHANNON ALYNN RAMSAY, | Case No. C-07-3645 JW |
| 20  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE-SETTING ENE DEADLINE** |
| 21  v. | |
| 22  THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive. | |
| 24  Defendants. | |

CASE NO. C-07-3645 JW                         STIP. AND [PROPOSED] ORDER RE: ENE DEADLINE

1  As a result of plaintiff's former counsel's motion to withdraw and the resulting stay, the
2  Early Neutral Evaluation ("ENE") set forth this case did not occur by the deadline originally set
3  by the Court. On May 1, 2008, the parties participated in a telephone conference with ADR
4  Program Staff Attorney Robin Siefkin in preparation for rescheduling the ENE. Ms. Siefkin
5  requested the parties to submit a stipulation and proposed order to this Court setting a new ENE
6  deadline. As a result of the parties' schedules, and to allow sufficient time for the ENE to be
7  conducted and completed, the parties jointly request this Court to set August 29, 2008 as the last
8  day to complete ENE (although the parties have scheduled the ENE for June 19, 2008).

IT IS SO STIPULATED AND REQUESTED:

DATED: June 16, 2008

                     _/s/_
                     Shannon Alynn Ramsay

Plaintiff In Pro Per

DATED: June 16, 2008         **KERR & WAGSTAFFE LLP**

By    _/s/_
       MICHAEL VON LOEWENFELDT

Attorneys for Defendant
The State Bar of California

### [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing therefore, IT IS HEREBY ORDERED THAT the deadline for conducting ENE in this action is continued to August 29, 2008.

IT IS SO ORDERED.

Dated: June 17, 2008             _/s/ James Ware_

                                        Hon. James Ware
                                          United States District Judge

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Regarding Confidentiality.  In compliance with General Order
3  45, X.B., I hereby attest that Shannon Alynn Ramsay, Plaintiff in Pro Per, has concurred in this
4  filing.

5  DATED: June 16, 2008                           **KERR & WAGSTAFFE LLP**

7                                          By _____s/_____
                                                MICHAEL VON LOEWENFELDT

                                            Attorneys for Defendant
                                            The State Bar of California

# CERTIFICATE OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On June 16, 2008, I served the following document(s):

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the parties listed below as follows:

> Shannon Alynn Ramsay
> 4447 Cowell Blvd. #83
> Davis, Ca 95618

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

Executed on June 16, 2008, at San Francisco, California.

                                                                 s/
                                                             Andrew Hanna

CASE NO. C-07-3645 JW                                                            CERTIFICATE OF SERVICE