UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ALYNN RAMSAY,<br><br>            Plaintiff,<br><br>   v.<br><br>THE STATE BAR OF CALIFORNIA et al,<br><br>            Defendant.<br>_____/ | Case Number: CV07-03645 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Alynn Ramsay
4447 Cowell Blvd. #83
Davis, Ca 95618

Dated: June 17, 2008

                                                            Richard W. Wieking, Clerk

                                                            *Elizabeth C. Garcia*
                                                            By: Elizabeth C. Garcia, Deputy Clerk