1  SHANNON ALYNN RAMSAY
   4447 Cowell Blvd. #83
2  Davis, CA 95618
   Telephone: (530) 747-0363
3
   Plaintiff In Pro Per
4  Shannon Alynn Ramsay

5

6  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
   **KERR & WAGSTAFFE LLP**
7  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
8  Telephone: (415) 371-8500
   Fax: (415) 371-0500
9
   MARIE MOFFAT (62167)
10 LAWRENCE C. YEE (84208)
   MARK TORRES-GIL (91597)
11 **OFFICE OF GENERAL COUNSEL**
   **THE STATE BAR OF CALIFORNIA**
12 180 Howard Street
   San Francisco, CA 94105-1639
13 Tel: (415) 538-2000
   Fax: (415) 538-2321
14

15 Attorneys for Defendant
   The State Bar of California
16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

20 | SHANNON ALYNN RAMSAY,          | Case No. C-07-3645 JW

21 | Plaintiff,                     | **STIPULATION FOR DISMISSAL WITH PREJUDICE**

22 | v.

23 |
   | THE STATE BAR OF CALIFORNIA, and
24 | DOES 1 - 100 inclusive.

25 | Defendants.

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereto stipulate that this action, and all causes of action therein, shall be dismissed with prejudice. Each side shall bear its own costs and fees.

IT IS SO STIPULATED:

DATED: June 19, 2008

*[signature]*
Shannon Alynn Ramsay

Plaintiff In Pro Per

DATED: June 19, 2008

**KERR & WAGSTAFFE LLP**

By *[signature]*
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
The State Bar of California

# PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On June 19, 2008, I served the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the parties listed below as follows:

>Shannon Alynn Ramsay
>4447 Cowell Blvd. #83
>Davis, Ca 95618

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

Executed on June 19, 2008, at San Francisco, California.

_____s/_____
Andrew Hanna



**CASE NO. C-07-3645**                                                                                      **PROOF OF SERVICE**