SHANNON ALYNN RAMSAY
4447 Cowell Blvd. #83
Davis, CA 95618
Telephone: (530) 747-0363

Plaintiff In Pro Per
Shannon Alynn Ramsay

JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

MARIE MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
**OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321

Attorneys for Defendant
The State Bar of California



GRANTED
Judge James Ware
6/20/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON ALYNN RAMSAY,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE BAR OF CALIFORNIA, and DOES 1 - 100 inclusive.<br><br>Defendants. | Case No. C-07-3645 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereto stipulate that this action, and all causes of action therein, shall be dismissed with prejudice. Each side shall bear its own costs and fees.

IT IS SO STIPULATED:

DATED: June 19, 2008

*[signature]*
Shannon Alynn Ramsay

Plaintiff In Pro Per

DATED: June 19, 2008    **KERR & WAGSTAFFE LLP**

By *[signature]*
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
The State Bar of California

IT IS SO ORDERED:

The Court terminates all pending motions, hearings and deadlines. The Clerk shall close this file.

Dated: June 20, 2008

*[signature]*
United States District Judge

**PROOF OF SERVICE**

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On June 19, 2008, I served the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the parties listed below as follows:

> Shannon Alynn Ramsay
> 4447 Cowell Blvd. #83
> Davis, Ca 95618

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

Executed on June 19, 2008, at San Francisco, California.



_____s/_____
Andrew Hanna

**CASE NO. C-07-3645**                                                       **PROOF OF SERVICE**