```
                                                    FILED
                                                    JUN 23 2008
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ramsay,<br><br>         Plaintiff(s),<br><br>    v.<br><br>The State Bar of California,<br><br>         Defendant(s). | No. C 07-03645 JW ENE<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) _June 19, 2008_

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _June 19, 2008_        _/s/ Judith Droz Keyes_
                              **Evaluator, Judith Droz Keyes**
                              Davis Wright Tremaine LLP
                              505 Montgomery St., Suite 800
                              San Francisco, CA 94111-6533

**Certification of ADR Session**
07-03645 JW ENE