July 31, 2008

Richard W. Wieking
Clerk, United States District Court
Northern District of California
280 South First Street
San Jose, CA. 95113

RECEIVED

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Subject: Questions for Judge James Ware

Dear Mr. Wieking,

I have honored the court order not to comment upon case C 07-03645 JW. Now that the case is settled, may I correspond with the court?

After the March 13, 2008 withdrawal of attorney John Shepardson from the subject case, he belatedly provided on June 12, 2008 all documents to me in two large boxes. Research of these documents reveals two documents[1] of critical importance which should have been copied into the case files before settlement.

Do I have your permission to send these documents to the Court? Your response is necessary inasmuch as the subject involves not only the judicial but the legislative?

Sincerely,

*Alexander R. Ramsay*

Alexander R. Ramsay

---

[1] There are no records of the subject documents listed on the U.S. District Court seven page List of Docket Texts dated 3/17/2008.