Alexander R. Ramsay
Antje Skiba Ramsay
23484 Belaire Court
Los Gatos, CA 95033

SAN JOSE CA 951
02 AUG 2008 PM 4 T



United States District Court, Northern D...
Attention: Mr. Richard W. Wieking
280 South First Street
San Jose, CA 95113

95113+3002 C060